**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**         \*    IN THE

\*    COURT OF APPEALS

**v.**         \*    OF MARYLAND

\*    Misc. Docket AG No. 7,

**ARTEMIO RIVERA**         \*    September Term, 2017

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Artemio Rivera, it is this 30th day of October, 2020

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Artemio Rivera, be disbarred from the practice of law in the State of Maryland, effective immediately, for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Artemio Rivera from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk